IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Flagstar Bank FSB,

    Plaintiff,                                  NO. 2:12-cv-1897-KJM- GGH PS

    vs.

Matthew Peterson and Chris Peterson,

    Defendants.                              ORDER

        Plaintiff's motion to remand presently is calendared for hearing on November 8, 2012. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. See E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. November 8, 2012 hearing on the motion to remand, filed September 21, 2012 is vacated; and

        2. The motion is submitted on the record.

DATED: October 3, 2012

                                  /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE

GGH9:Flagstar1897.VacHrg.order.wpd