1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   FLAGSTAR BANK, FSB,

12                  Plaintiff,              No. 2:12-cv-1897  KJM AC PS

13          vs.

14   MATTHEW PETERSON, et al.,

15                  Defendants.             ORDER

16   _____/

17          Defendants are proceeding in this action in pro per.  The matter was referred to a

18   United States Magistrate Judge as provided by Local Rule 302(c)(21).

19          On December 3, 2012, the magistrate judge filed findings and recommendations,

20   which were served on all parties and which contained notice to all parties that any objections to

21   the findings and recommendations were to be filed within fourteen days.  Neither party has filed

22   objections to the findings and recommendations.

23          The court presumes that any findings of fact are correct.  *See Orand v. United*

24   *States,* 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

25   received de novo.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

26   /////

                                              1

1983).  Having carefully reviewed the file, the court finds the findings and recommendations to

be supported by the record and by the proper analysis.

                    Accordingly, IT IS HEREBY ORDERED that:

                    1.  The findings and recommendations filed December 3, 2012, are adopted in

full.

                    2.  Plaintiff's motion to remand is granted.

                    3.  This action is remanded to the Sacramento County Superior Court.

DATED:  January 28, 2013.


_____
UNITED STATES DISTRICT JUDGE