IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLAGSTAR BANK, FSB,

    Plaintiff,   No. 2:12-cv-1897 KJM AC PS

  vs.

MATTHEW PETERSON, et al.,

    Defendants.   ORDER
_____/

    Defendants are proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

    On December 3, 2012, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

    The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are received de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

/////

1

1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed December 3, 2012, are adopted in full.

        2. Plaintiff's motion to remand is granted.

        3. This action is remanded to the Sacramento County Superior Court.

DATED: January 28, 2013.

_____
UNITED STATES DISTRICT JUDGE